AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

FILED

| EASTERN | DISTRICT OF | VIRGINIA |

J&J SPORTS PRODUCTION, INC.,

Vs.

EL GRAN PALENQUE RESTAURANT, II

**APPEARANCE**

2007 JUL 23 P 3: 15

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Case Number: 1:07cv522 JCC/TRJ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    EL GRAN PALENQUE RESTAURANT, I

I certify that I am admitted to practice in this court.

Date: July 23, 2007

Signature: [signed]

William E. Hassan                    18077
Print Name                          Bar Number

2007 North 15th Street, Suite #100
Address

ARLINGTON            VIRGINIA            22201
City                 State               Zip Code

703-243-7552                         703-997-4002
Phone Number                         Fax Number