IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



J & J SPORTS PRODUCTIONS, INC., a
California Corporation,

    Plaintiff,

v.                                        Civil Action No. 1:07cv522 JCC/TRJ

EL GRAN PALENQUE RESTAURANT, INC.,
a Virginia Corporation, d/b/a EL PALENQUE,

And

JOHN DOE, Individually,

    Defendants.

### ORDER

Upon motion of the parties, by counsel, having represented that all matters between them have settled, it is hereby ADJUDGED, ORDERED, AND DECREED that this matter shall be DISMISSED WITH PREJUDICE. The clerk is directed to strike this matter from the docket.

ENTER:  11 / 27 /2007

/s/Thomas Rawles Jones, Jr.
---
Judge

We ask for this:

_/s/ William E. Hassan_
William E. Hassan
2007 North 15th Street
Suite 100
Arlington, VA 22201
Counsel for Defendants


_/s/ M. Scott Bucci_
M. Scott Bucci
Bucci & Dix, LLC
The Fairfax Building at Johnston Willis
10710 Midlothian Turnpike, Suite 304
Richmond, VA 23235
Counsel for Plaintiff